1  JUSTIN X. WANG (CSB #166183)
   **BAUGHMAN & WANG**
2  111 Pine Street, Suite 1350
   San Francisco, California 94111
3  Telephone: (415) 576-9923
   Facsimile: (415) 576-9929
4
   Attorney for Plaintiffs
5  Ming LI
   Ning LI
6  Mengwen LI

7
                    **UNITED STATES DISTRICT COURT**
8
                 **NORTHERN DISTRICT OF CALIFORNIA**
9
10  Ming LI                          )
    Ning LI                          )
    Mengwen LI                       )  No.: **C 06 7440 SC**
11                                   )
                                     )
12                   Plaintiffs,     )
                                     )  **NOTICE OF VOLUNTARY**
13                                   )  **DISMISSAL**
    vs.                              )
14                                   )
    *Michael Chertoff*, Secretary of the   )
15  Department of Homeland Security;  )
    *Emilio T. Gonzalez*, Director,   )
16  U.S. Citizenship and Immigration Services;  )
    *Christina Poulos*, Acting Director,  )
17  California Service Center, U.S.C.I.S.;  )
    *Robert S. Mueller*,              )
18  Director of Federal Bureau of Investigation  )
                                     )
19                                   )
                    Defendants.      )
20  _____)

21

22      NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiffs voluntarily

23  dismiss the above-captioned action without prejudice.

24

25  Dated: January 18, 2007

26

27                                              _____
                                                Justin X. Wang, Esq.
28                                              Attorney for Plaintiffs

Case No.: C 06 7440 SC
NOTICE OF VOLUNTARY DISMISSAL                          F:\NANCY\Mandamus\LI, Ming\Dismissal.wpd